# United States Court of Appeals
## For the First Circuit

Nos. 18-1579
     18-1681
     18-1755

MIGUEL ÁNGEL COLÓN-TORRES,

Plaintiff, Appellee,

v.

JOSE R. NEGRÓN-FERNÁNDEZ, Secretary of Corrections of Puerto Rico,

Defendant, Appellant,

COMMONWEALTH OF PUERTO RICO; GLADYS S. QUILES-SANTIAGO, Medical Director of the Bayamón Correctional Facility; FNU PALERMO; FNU LABORDE; WANDA MONTANEZ, Superintendent of the Bayamón Correctional Facility; POLICIA FNU VILLEGAS, Superintendent 501; FNU GUERRERO, Superintendent 501; DR. ALINA PRADERE, Director of Clinical Services for the Bayamón Correctional Facility; CORRECTIONAL HEALTH SERVICES CORP.; JOSE APONTE-CARO; and JOHN DOE

Defendants.

**ERRATA SHEET**

The opinion of this court, issued on May 10, 2021, is amended as follows:

On page 14, line 6, insert the word "to" between "occasions" and "interpret."

On page 22, line 1, "David" is underlined.

On page 27, line 5, replace "Griggs. ___459" with "Griggs. 459."